# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BROWN, MELVIN R          § Case No. 14-81547
                                §
                                §
Debtor(s)                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Clerk of The U S Bankruptcy Court
   327 S Church Street, Room 1100
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/14/2015 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 08/24/2015   By: /s/BERNARD J. NATALE
                                                                                             Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: BROWN, MELVIN R | § | Case No. 14-81547 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*       $       17,139.78

*and approved disbursements of*             $          300.44

*leaving a balance on hand of* [1]          $       16,839.34

**Balance on hand:**                        $       16,839.34

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $         0.00
Remaining balance:                       $    16,839.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,463.98 | 0.00 | 2,463.98 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 11,862.50 | 0.00 | 11,862.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 52.02 | 0.00 | 52.02 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 30.52 | 30.52 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $    14,378.50
Remaining balance:                                        $     2,460.84

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,460.84

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,460.84

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,642.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 919.67 | 0.00 | 76.35 |
| 2 | Atlas Acquisitions LLC (Us Cellular) | 597.82 | 0.00 | 49.63 |
| 3 | Atlas Acquisitions LLC (Us Cellular) | 261.22 | 0.00 | 21.69 |
| 4 | Rockford Health Physicians | 55.96 | 0.00 | 4.65 |
| 5 | State Farm Mutual Automobile Ins Co. | 4,394.75 | 0.00 | 364.84 |
| 6 | Deborah L. Peterson | 1,587.76 | 0.00 | 131.81 |
| 7 | Emilio Brito | 0.00 | 0.00 | 0.00 |
| 8 | The Arbors | 1,493.32 | 0.00 | 123.97 |
| 9 | Creditor Services | 305.59 | 0.00 | 25.37 |
| 10 | Peter A. Savitski | 6,043.72 | 0.00 | 501.73 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 11 | Rockford Mercantile Agency | 2,670.82 | 0.00 | 221.72 |
| 12 | Judy Buck | 11,312.00 | 0.00 | 939.08 |

Total to be paid for timely general unsecured claims: $ 2,460.84
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                              Case No. 14-81547-TML
Melvin R Brown                                                      Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: kkrystave              Page 1 of 2                  Date Rcvd: Sep 21, 2015
                              Form ID: pdf006              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2015.
db          +Melvin R Brown,   3233 City View Drive,   Rockford, IL 61101-9523
21935931    +ATG Credit,    P.O. Box 14895,   Chicago, IL 60614-8542
21935926     Accelerated Collection Service,    1125 Harvey Road,   Auburn, WA 98002-4219
21935929    +Allied Business Accounts,    300 1/2 South Second Street,   P.O. Box 1600,
              Clinton, IA 52733-1600
22285396    +Atlas Acquisitions LLC  (Us Cellular),   294 Union St.,   Hackensack, NJ 07601-4303
21935932    +Attorney Peter A. Savitski,   838 North Main Street,   Rockford, IL 61103-6906
21935933     City of Chicago Dept of Revenue,    P.O. Box 88292,   Chicago, IL 60680-1292
21935934     Consultants in Lab Medicine & Path,    26451 Network Place,   Chicago, IL 60673-1264
21935935    +Credit Management,   17070 Dallas Parkway,   Dallas, TX 75248-1950
21935936     Creditor Services,   P.O. Box 4,   Clinton, IA 52733-0004
21935938    +Deborah L. Peterson,   c/o Barrick, Switzer, Long, Balsley,   6833 Stalter Drive,
              Rockford, IL 61108-2579
21935939    +Debt Recovery Solutions,   900 Merchants Conc. Ste 106,   Westbury, NY 11590-5114
21935940    +Emilio Brito,   c/o Vella & Lund,   401 West State Street, Suite 300,   Rockford, IL 61101-1240
22643120    +Emilio Brito,   819 Cunningham St.,   Rockford, IL 61102-2830
21935942     Evergreen Anesthesia & Pain Mgmt,    P.O. Box 631,   Lake Forest, IL 60045-0631
21935943    +Evergreen Emergency Services Ltd.,    3504 W. 95th Street,   Evergreen Park, IL 60805-2105
21935944    +Gerald Cahill,   2850 W. 95th Street, #300,   Evergreen Park, IL 60805-2741
21935946    +Judy Buck,   c/o Attorney Erik Jacobs,   855 N. Madison Street,   Rockford, IL 61107-3015
22762778    +Judy Buck,   POB  853,   Rockford, IL 61105-0853
21935947    +Little Company of Mary Hospital,   2800 W. 95th Street,   Evergreen Park, IL 60805-2795
21935948    +Macy’s,   Bankruptcy Dept,   P.O. Box 8053,   Mason, OH 45040-8053
21935949    +Metro Center for Health,   901 McClintock Drive, Ste 202,   Burr Ridge, IL 60527-0872
21935950    +Meyer Material Company,   c/o Attorney Raphael Yalden II,   1318 E. State Street,
              Rockford, IL 61104-2228
21935951     Mutual Management Services, Inc.,   c/o Attorney James C. Thompson,   515 North Court Street,
              Rockford, IL 61103-6807
21935952     National Credit Systems,   P.O. Box 312125,   Atlanta, GA 31131-2125
22717597    +Peter A. Savitski,   838 North Main Street,   Rockford, IL 61103-6906
21935955    +Professional Placement Services,   316 N. Milwaukee Street, Ste 410,   Milwaukee, WI 53202-5888
21935956     Radiology Imaging Specialists,    39645 Treasury Center,   Chicago, IL 60694-9000
21935957    +Rockford Health Physicians,   2300 N. Rockton Avenue,   Rockford, IL 61103-3619
21935958    +Rockford Health System,   Rockford Memorial Hospital,   2400 N. Rockton Avenue,
              Rockford, IL 61103-3681
21935959    +Rockford Mercantile Agency,   2502 S. Alpine Road,   Rockford, IL 61108-7813
21935960     Southwest Nephrology,   9125 S. Pulaski Road,   Evergreen Park, IL 60805-1441
21935961     State Collection Service,   P.O. Box 1022,   Wixom, MI 48393-1022
21935962    +State Farm  Mutual Automobile Ins Co.,   Joseph Lesner,   6833 Stalter Drive,
              Rockford, IL 61108-2579
21935963    +Swedish American Hospital,   P.O. Box 310283,   Des Moines, IA 50331-0283
22708267    +The Arbors,   National Credit Systems, Inc.,   P.O. Box 312125,   Atlanta, GA 31131-2125
21935964     The Cardiology Group LLC,   2850 W. 96th Street, Ste 305,   Evergreen Park, IL 60805-2701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21935928    +E-mail/PDF: recoverybankruptcy@afninet.com Sep 22 2015 01:56:15     AFNI,   P.O. Box 3427,
              Bloomington, IL 61702-3427
21935927     E-mail/Text: jkillacky@affirmative.com Sep 22 2015 01:49:04     Affirmative Insurance Services,
              P.O. Box 9030,   Addison, TX 75001-9030
21935930    +E-mail/PDF: recoverybankruptcy@afninet.com Sep 22 2015 01:56:42     Anderson Financial Network,
              Bankruptcy Administration,   404 Brock Street,   Bloomington, IL 61701-2654
22160515    +E-mail/Text: bnc@atlasacq.com Sep 22 2015 01:47:37     Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303,   Attn: Avi Schild
22269095    +E-mail/Text: bankruptcy@cavps.com Sep 22 2015 01:49:41     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
21935937     E-mail/Text: aquist@creditorsprotection.com Sep 22 2015 01:51:06
              Creditors’ Protection Service,   308 W. State St, Ste 485,   P.O. Box 4115,
              Rockford, IL 61110-0615
21935941    +E-mail/Text: bknotice@erccollections.com Sep 22 2015 01:49:05     Enhanced Recovery Corp.,
              8014 Bayberry Road,   Jacksonville, FL 32256-7412
21935945    +E-mail/Text: scott.froeliger@ilcomcu.org Sep 22 2015 01:48:11
              Illinois Community Credit Union,   508 W. State Street,   Sycamore, IL 60178-1328
21935953    +E-mail/Text: egssupportservices@egscorp.com Sep 22 2015 01:49:20     NCO Financial Systems,
              507 Prudential Road,   Horsham, PA 19044-2368
21935954    +E-mail/Text: egssupportservices@egscorp.com Sep 22 2015 01:49:20
              NCO Financial Systems, Inc.,   600 Holiday Plaza Drive, Ste 300,   Matteson, IL 60443-2238
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0752-3          User: kkrystave            Page 2 of 2               Date Rcvd: Sep 21, 2015
                              Form ID: pdf006            Total Noticed: 47

22708306*        +Creditor Services,   P.O. Box 4,   Clinton, IA 52733-0004
22643206*        +Emilio Brito,   819 Cunningham St,   Rockford, IL 61102-2830
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2015 at the address(es) listed below:
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Carole J. Ryczek    on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
              Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
              Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Roger B Kellerman    on behalf of Creditor Emilio  Brito vellalundlaw@yahoo.com,
               vellalundlaw@yahoo.com
                                                                                              TOTAL: 7
```