**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BROWN, MELVIN R                             § Case No. 14-81547-LMT
                                                   §
                                                   §
Debtor(s)                                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $49,025.00                        Assets Exempt: $18,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,460.84          Claims Discharged
                                                    Without Payment: $48,996.70

Total Expenses of Administration: $14,678.94

---

    3) Total gross receipts of $ 17,139.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $17,139.78 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $60,939.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,678.94 | 14,678.94 | 14,678.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 54,023.34 | 34,342.63 | 29,642.63 | 2,460.84 |
| **TOTAL DISBURSEMENTS** | $114,962.34 | $49,021.57 | $44,321.57 | $17,139.78 |

4) This case was originally filed under Chapter 7 on May 15, 2014. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/18/2015          By: /s/BERNARD J. NATALE
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Claim vs. American Family Insura | 1242-000 | 17,139.78 |
| **TOTAL GROSS RECEIPTS** | | **$17,139.78** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Illinois Community Credit Union | 4110-000 | 60,939.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$60,939.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 52.02 | 52.02 | 52.02 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 11,862.50 | 11,862.50 | 11,862.50 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 30.52 | 30.52 | 30.52 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,463.98 | 2,463.98 | 2,463.98 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 22.18 | 22.18 | 22.18 |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 25.44 | 25.44 | 25.44 |
| Rabobank, N.A. | 2600-000 | N/A | 22.12 | 22.12 | 22.12 |
| Rabobank, N.A. | 2600-000 | N/A | 27.82 | 27.82 | 27.82 |
| Rabobank, N.A. | 2600-000 | N/A | 24.51 | 24.51 | 24.51 |
| Rabobank, N.A. | 2600-000 | N/A | 22.84 | 22.84 | 22.84 |
| Rabobank, N.A. | 2600-000 | N/A | 26.07 | 26.07 | 26.07 |
| Rabobank, N.A. | 2600-000 | N/A | 24.40 | 24.40 | 24.40 |
| Rabobank, N.A. | 2600-000 | N/A | 23.55 | 23.55 | 23.55 |
| Rabobank, N.A. | 2600-000 | N/A | 25.93 | 25.93 | 25.93 |
| Rabobank, N.A. | 2600-000 | N/A | 25.06 | 25.06 | 25.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $14,678.94 | $14,678.94 | $14,678.94 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | N/A | 919.67 | 919.67 | 76.35 |
| 2 | Atlas Acquisitions LLC (Us Cellular) | 7100-000 | N/A | 597.82 | 597.82 | 49.63 |
| 3 | Atlas Acquisitions LLC (Us Cellular) | 7100-000 | N/A | 261.22 | 261.22 | 21.69 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Rockford Health Physicians | 7100-000 | 138.00 | 55.96 | 55.96 | 4.65 |
| 5 | State Farm Mutual Automobile Ins Co. | 7100-000 | 2,989.12 | 4,394.75 | 4,394.75 | 364.84 |
| 6 | Deborah L. Peterson | 7100-000 | 9,999.00 | 1,587.76 | 1,587.76 | 131.81 |
| 7 | Emilio Brito | 7100-000 | 5,000.00 | 4,700.00 | 0.00 | 0.00 |
| 8 | The Arbors | 7100-000 | N/A | 1,493.32 | 1,493.32 | 123.97 |
| 9 | Creditor Services | 7100-000 | 167.59 | 305.59 | 305.59 | 25.37 |
| 10 | Peter A. Savitski | 7100-000 | 6,043.72 | 6,043.72 | 6,043.72 | 501.73 |
| 11 | Rockford Mercantile Agency | 7100-000 | 2,871.00 | 2,670.82 | 2,670.82 | 221.72 |
| 12 | Judy Buck | 7100-000 | 5,000.00 | 11,312.00 | 11,312.00 | 939.08 |
| NOTFILED | Macy's Bankruptcy Dept | 7100-000 | 388.00 | N/A | N/A | 0.00 |
| NOTFILED | Little Company of Mary Hospital | 7100-000 | 159.40 | N/A | N/A | 0.00 |
| NOTFILED | Evergreen Emergency Services Ltd. | 7100-000 | 36.81 | N/A | N/A | 0.00 |
| NOTFILED | Debt Recovery Solutions | 7100-000 | 858.00 | N/A | N/A | 0.00 |
| NOTFILED | Evergreen Anesthesia & Pain Mgmt | 7100-000 | 84.89 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery Corp. | 7100-000 | 222.00 | N/A | N/A | 0.00 |
| NOTFILED | Gerald Cahill | 7100-000 | 865.82 | N/A | N/A | 0.00 |
| NOTFILED | Radiology Imaging Specialists | 7100-000 | 78.49 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Health Physicians | 7100-000 | 222.40 | N/A | N/A | 0.00 |
| NOTFILED | National Credit Systems | 7100-000 | 1,493.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems, Inc. | 7100-000 | 506.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems | 7100-000 | 1,145.00 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management Services, Inc. c/o Attorney James C. | 7100-000 | 4,357.00 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management Services, Inc. c/o Attorney James C. | 7100-000 | 1,057.40 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management Services, Inc. c/o Attorney James C. | 7100-000 | 1,364.59 | N/A | N/A | 0.00 |
| NOTFILED | Creditors' Protection Service | 7100-000 | 2,127.69 | N/A | N/A | 0.00 |
| NOTFILED | Meyer Material Company c/o Attorney Raphael Yalden II | 7100-000 | 1,383.89 | N/A | N/A | 0.00 |
| NOTFILED | Metro Center for Health | 7100-000 | 108.47 | N/A | N/A | 0.00 |
| NOTFILED | Professional Placement Services | 7100-000 | 1,563.00 | N/A | N/A | 0.00 |
| NOTFILED | Anderson Financial Network Bankruptcy Administration | 7100-000 | 345.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management | 7100-000 | 565.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Dept of Revenue | 7100-000 | 320.00 | N/A | N/A | 0.00 |
| NOTFILED | ATG Credit | 7100-000 | 437.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts | 7100-000 | 252.00 | N/A | N/A | 0.00 |
| NOTFILED | AFNI | 7100-000 | 345.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Affirmative Insurance Services | 7100-000 | 326.80 | N/A | N/A | 0.00 |
| NOTFILED | Accelerated Collection Service | 7100-000 | 1,194.57 | N/A | N/A | 0.00 |
| NOTFILED | Consultants in Lab Medicine & Path | 7100-000 | 7.69 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$54,023.34** | **$34,342.63** | **$29,642.63** | **$2,460.84** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-81547-LMT  
**Case Name:** BROWN, MELVIN R

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 05/15/14 (f)  
**§341(a) Meeting Date:** 07/07/14  

**Period Ending:** 11/18/15  
**Claims Bar Date:** 11/12/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Illinois Community Credit Union/ savings (u) | 25.00 | 25.00 | | 0.00 | FA |
| 2 | Misc. household goods and furnishings | 2,200.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing and personal items | 1,300.00 | 0.00 | | 0.00 | FA |
| 4 | Claim vs. City of Rockford 2013 L 288 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | 2012 Ford F350 (17,500 miles) | 42,000.00 | 0.00 | | 0.00 | FA |
| 6 | 100% Ownership of M & S Trucking (u) | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Personal Injury Claim vs. American Family Insura (u) | 17,779.18 | 17,779.18 | | 17,139.78 | FA |
| 8 | 1997 Dump Truck (u) | 3,500.00 | 0.00 | | 0.00 | FA |
| 8 | **Assets** **Totals** (Excluding unknown values) | **$66,804.18** | **$17,804.18** | | **$17,139.78** | **$0.00** |

**Major Activities Affecting Case Closing:**

    DETOR UNDER ORDER TO PRODUCE BOOKS AND RECORDS. 2004 EXAM ORDERED. INVESTIGATION CONTINUES. TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED EXEMPTION CLAIMS PENDING.

**Initial Projected Date Of Final Report (TFR):**　　December 31, 2015　　　**Current Projected Date Of Final Report (TFR):**　　August 24, 2015 (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-81547-LMT  
**Case Name:** BROWN, MELVIN R  
**Taxpayer ID #:** **-***8873  
**Period Ending:** 11/18/15  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $8,842,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/02/14 | {7} | American Family Insurance Group | Net Proceeds from PI Injury Cause of Action (AmFam, S Olson & A Olson) | 1242-000 | 17,139.78 | | 17,139.78 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.18 | 17,117.60 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.44 | 17,092.16 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.12 | 17,070.04 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.82 | 17,042.22 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.51 | 17,017.71 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.84 | 16,994.87 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.07 | 16,968.80 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.40 | 16,944.40 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.55 | 16,920.85 |
| 06/08/15 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #14-81547, BOND #016018067 Voided on 06/08/15 | 2300-003 | | 28.77 | 16,892.08 |
| 06/08/15 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #14-81547, BOND #016018067 Voided: check issued on 06/08/15 | 2300-003 | | -28.77 | 16,920.85 |
| 06/08/15 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #14-81547, BOND #016018067 | 2300-000 | | 30.52 | 16,890.33 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.93 | 16,864.40 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.06 | 16,839.34 |
| 10/14/15 | 103 | BERNARD J. NATALE | Dividend paid 100.00% on $2,463.98, Trustee Compensation; Reference: | 2100-000 | | 2,463.98 | 14,375.36 |
| 10/14/15 | 104 | Cavalry SPV I, LLC | Distribution paid 8.30% on $919.67; Claim# 1; Filed: $919.67; Reference: | 7100-000 | | 76.35 | 14,299.01 |
| 10/14/15 | 105 | State Farm Mutual Automobile Ins Co. | Distribution paid 8.30% on $4,394.75; Claim# 5; Filed: $4,394.75; Reference: | 7100-000 | | 364.84 | 13,934.17 |
| 10/14/15 | 106 | Deborah L. Peterson | Distribution paid 8.30% on $1,587.76; Claim# 6; Filed: $1,587.76; Reference: | 7100-000 | | 131.81 | 13,802.36 |
| 10/14/15 | 107 | The Arbors | Distribution paid 8.30% on $1,493.32; Claim# 8; Filed: $1,493.32; Reference: | 7100-000 | | 123.97 | 13,678.39 |
| 10/14/15 | 108 | Creditor Services | Distribution paid 8.30% on $305.59; Claim# 9; Filed: $305.59; Reference: | 7100-000 | | 25.37 | 13,653.02 |
| 10/14/15 | 109 | Peter A. Savitski | Distribution paid 8.30% on $6,043.72; Claim# 10; Filed: $6,043.72; Reference: | 7100-000 | | 501.73 | 13,151.29 |

Subtotals :   $17,139.78   $3,988.49

{} Asset reference(s)

Printed: 11/18/2015 04:42 PM   V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-81547-LMT  
**Case Name:** BROWN, MELVIN R  

**Taxpayer ID #:** **-***8873  
**Period Ending:** 11/18/15  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $8,842,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/14/15 | 110 | Rockford Mercantile Agency | Distribution paid 8.30% on $2,670.82; Claim# 11; Filed: $2,670.82; Reference: | 7100-000 | | 221.72 | 12,929.57 |
| 10/14/15 | 111 | Judy Buck | Distribution paid 8.30% on $11,312.00; Claim# 12; Filed: $11,312.00; Reference: | 7100-000 | | 939.08 | 11,990.49 |
| 10/14/15 | 112 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 4.65 | 11,985.84 |
| 10/14/15 | 113 | Atlas Acquisitions LLC (Us Cellular) | Combined Check for Claims#2,3 | | | 71.32 | 11,914.52 |
| | | | Dividend paid 8.30% on 49.63 $597.82; Claim# 2; Filed: $597.82 | 7100-000 | | | 11,914.52 |
| | | | Dividend paid 8.30% on 21.69 $261.22; Claim# 3; Filed: $261.22 | 7100-000 | | | 11,914.52 |
| 10/14/15 | 114 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 11,914.52 | 0.00 |
| | | | Dividend paid 100.00% 11,862.50 on $11,862.50; Claim# ATTY; Filed: $11,862.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00% 52.02 on $52.02; Claim# EXP; Filed: $52.02 | 3120-000 | | | 0.00 |

|  |  | ACCOUNT TOTALS | 17,139.78 | 17,139.78 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | **Subtotal** | 17,139.78 | 17,139.78 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$17,139.78** | **$17,139.78** | |

Net Receipts : 17,139.78  
Net Estate : $17,139.78

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********66 | 17,139.78 | 17,139.78 | 0.00 |
| | $17,139.78 | $17,139.78 | $0.00 |

{} Asset reference(s)